# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY E. DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-0260-CV-W-GAF |
| | ) | |
| SAINT-GOBAIN CORPORATION | ) | |
| LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Now before the Court is the Joint Motion of Plaintiff and Defendant Requesting Dismissal.

Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear

its own costs.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: April 27, 2005